**Exhibit G**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>*Defendant*. | Case No. 1:24-cv-01533-APM |

### DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Sheila Anil Gogate Armbrust hereby declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Partner at Sidley Austin LLP in San Francisco, California. I am a member of the state bar of California. I am an inactive member of the state bar of Illinois. I am counsel for the American Chemistry Council, Inc. ("ACC") in this matter, and I have been admitted *pro hac vice* to practice before this Court in this matter.

3. I submit this declaration in support of ACC's Motion for a Temporary Restraining Order and Preliminary Injunction in the above-captioned matter.

4. In response to the December 6, 2023, subpoena issued to ACC by Defendant Rob Bonta, Attorney General of California, ACC objected to the subpoena in part because it sought documents privileged and protected under the United States and California Constitutions.

1

Nevertheless, ACC undertook a good faith effort to respond to the subpoena.

5. ACC produced documents responsive to the subpoena on a rolling basis throughout early 2024. Among other things, ACC produced the Environmental Claims Study summary prepared by Heart+Mind Strategies, the survey questions and responses, ACC's comments to the FTC, and communications with third parties that did not discuss member comments.

6. Contemporaneously with its final production, ACC submitted a log identifying documents withheld on the basis of United States and California constitutional privileges. The withheld documents relate to ACC and its coalition of members' efforts to comment on the FTC's Green Guides.

7. On May 16 and May 22, 2024, I met and conferred with California Deputy Attorneys General representing Bonta in response to a May 3, 2024, letter demanding that ACC produce additional materials. In the first meeting, Bonta's deputies asked ACC to supplement its privilege log to provide the names and identities of ACC's members and detail about the content of the withheld documents, such as email subject lines. During the second meeting, Bonta's deputy invited ACC to respond in writing to the demand letter. She further stated that she did not have the authority to continue to meet and confer.

8. In response to Bonta's deputy's invitation to respond to the letter in writing, on May 23, 2024, ACC sent a letter explaining ACC's position. A copy of that letter is attached as **Exhibit H**. Additionally, after ACC filed its complaint in this case, I sent an email to Bonta's deputies asking to confer about next steps in the action and regarding the subpoena to ACC. I received no response to my offer other than Bonta filing an action against ACC in California state court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 12, 2024 in Chicago, IL                Respectfully submitted,

*[signature]*

Sheila A.G. Armbrust