UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, INC., <br> *Plaintiff*, <br><br> ROB BONTA, in his Official Capacity as Attorney General of California, <br> *Defendant*. | Civil Action No. 24-cv-01533-APM |
| PLASTICS INDUSTRY ASSOCIATION, <br> *Plaintiff*, <br><br> ROB BONTA, in his Official Capacity as Attorney General of California, <br> *Defendant*. | Civil Action No. 24-cv-01542-APM |

**ORDER GRANTING**
**PROPOSED BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Pursuant to the Court's order, Plaintiffs American Chemistry Council, Inc. ("ACC") and Plastics Industry Association ("PLASTICS") (together "Plaintiffs"), and Defendant Rob Bonta, in his official capacity as Attorney General of California (together with his office, "Attorney General" or "Defendant") agreed on a proposed briefing schedule to respond to Plaintiffs' renewed motions for temporary restraining orders and preliminary injunctions, No. 1533, ECF 32, and No. 1542, ECF 25. It is hereby:

**ORDERED** that, pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A), the Court extends Plaintiffs' time to file a notice of appeal of this Court's order denying Plaintiffs' motions

seeking a temporary restraining order and preliminary injunction (No. 1533, ECF 30; No. 1542, ECF 21) until November 11, 2024.

**ORDERED** that Defendant Bonta will seek to continue the October 9, 2024 state court hearing on the Order to Show Cause before Judge Krueger, Case 24CV010509 in Sacramento Superior Court, to a date no earlier than November 12, 2024.

**ORDERED** that Defendant Bonta shall file a combined opposition to Plaintiffs' renewed motions for temporary restraining orders and preliminary injunctions on or before October 7, 2024 and that Plaintiffs shall file a combined reply to Defendant's opposition on or before October 17, 2024.

Dated: _____

_____
HONORABLE AMIT P. MEHTA
United States District Judge