## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CHEMISTRY COUNCIL, INC.,

                 *Plaintiff*,

v.

ROB BONTA, in his Official Capacity as
Attorney General of California

                 *Defendant*.

Case No. 1:24-cv-01533-APM

**REQUEST TO WITHDRAW RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND PROPOSED ORDER**

HON. AMIT P. MEHTA

## REQUEST TO WITHDRAW RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND PROPOSED ORDER

Plaintiff the American Chemistry Council, Inc. ("ACC") hereby requests the Court's leave to withdraw its renewed motion for temporary restraining order and preliminary injunction dated September 19, 2024 (the "Renewed Motion"). Dkt. 32. Subsequent to ACC filing its Renewed Motion, Defendant Bonta has taken several actions. First, on October 7, 2024, Defendant Bonta dismissed with prejudice his state court action, which sought to compel ACC's production of privileged documents responsive to his December 6, 2023 Investigative Subpoena for Records and Documents (the "Subpoena"). *See* Dkt. 35, Declaration of Elizabeth Rumsey ¶ 5. Second, Bonta sent a letter to ACC withdrawing the Subpoena, and stating that ACC was "no longer required to comply with the demands or requirements stated in the Subpoena" and that Bonta would "not seek from ACC the documents listed in the Subpoena by way of his investigative authority[.]" *Id.* ¶ 4,

Ex. A. Third, one business day before dismissing the state court action against ACC and withdrawing the Subpoena, Bonta filed a complaint against the ExxonMobil Corporation in California state court. *Id.* ¶ 3. The Rumsey declaration is clear that Bonta is unwilling to commit that he will not seek to obtain the documents he sought with the Subpoena in the ExxonMobil litigation or through another proceeding in the future. *Id.* ¶ 7.

Even though ACC continues to experience chill on its rights to speak, to associate, and to petition the government, by virtue of Bonta's voluntary cessation of his enforcement action, Bonta's dismissal of the state court action and withdrawal of the Subpoena, for now, diminishes the need for the emergency relief ACC previously requested. However, as will be detailed in ACC's forthcoming opposition to Bonta's motion to dismiss (Dkt. 36), Bonta's voluntary cessation of his enforcement action, paired with his refusal to commit that he will not seek the documents at issue in this litigation in the future, means that this litigation remains an active controversy, ripe for adjudication. *See Friends of the Earth v. Laidlaw*, 528 U.S. 167, 189 (2000). To the extent Bonta takes future action affecting ACC's constitutional rights, ACC reserves the right to file a renewed motion for emergency relief.

ACC respectfully asks that the Court issue the proposed order, granting ACC's request to withdraw its motion for temporary restraining order and preliminary injunction dated September 19, 2024 (Dkt. 32) without prejudice to a renewed motion should Bonta resume his efforts to compel documents at issue in this litigation.

Pursuant to a call between counsel for ACC and Bonta on October 15, 2024, Bonta does not oppose ACC's request to withdraw its motion for temporary restraining order and preliminary injunction. *See* Declaration of David A. Goldenberg, Ex. A ¶¶ 4–5.

Dated: October 17, 2024

Respectfully submitted,

*/s/ Sheila A.G. Armbrust*

Sheila A.G. Armbrust (CA Bar No. 265998)
(admitted *pro hac vice*)
David L. Anderson (CA Bar No. 149604)
(admitted *pro hac vice*)
David Goldenberg (D.C. Bar No. 1602274)
(admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
dlanderson@sidley.com
sarmbrust@sidley.com
dgoldenberg@sidley.com

Kwaku A. Akowuah (D.C. Bar No. 992575)
Jillian S. Stonecipher (D.C. Bar No. 1030214)
Anna F. Boardman (D.C. Bar No. 90015086)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
kakowuah@sidley.com
jstonecipher@sidley.com
aboardman@sidley.com

*Counsel for Plaintiff American Chemistry Council, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, INC., | |
| *Plaintiff*, | |
| v. | Case No. 1:24-cv-01533-APM |
| ROB BONTA, in his Official Capacity as Attorney General of California | |
| *Defendant*. | |

**PROPOSED ORDER GRANTING REQUEST TO WITHDRAW RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Plaintiff American Chemistry Council, Inc.'s ("ACC") request to withdraw its renewed motion for temporary restraining order and preliminary injunction (Dkt. 32), it is hereby:

**ORDERED** that, ACC's renewed motion for temporary restraining order and preliminary injunction is withdrawn without prejudice. All filing deadlines associated with ACC's renewed motion for temporary restraining order and preliminary injunction are vacated. This order does not apply to the motion for preliminary injunction and temporary restraining order filed by the Plastics Industry Association, Inc. in Case 1:24-cv-01542 at docket 25.

Dated: _____

_____
HONORABLE AMIT P. MEHTA
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: October 17, 2024

Respectfully submitted,

/s/ Sheila A.G. Armbrust
Sheila A.G. Armbrust (CA Bar No. 265998)
(admitted pro hac vice)
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
sarmbrust@sidley.com

*Counsel for Plaintiff American Chemistry Council, Inc.*