# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROB BONTA, in his Official Capacity as Attorney General of California, <br><br> *Defendant*. | Case No. 1:24-cv-01533-APM |

### DECLARATION OF DAVID GOLDENBERG IN SUPPORT OF REQUEST TO WITHDRAW RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND PROPOSED ORDER

Pursuant to 28 U.S.C. § 1746, I, David Goldenberg hereby declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Senior Managing Associate at Sidley Austin LLP in San Francisco, CA. I am a member of the state bars of California and Maryland and the bar of the District of Columbia, and am admitted to practice in this Court. I am counsel for the American Chemistry Council, Inc. ("ACC") in this matter.

3. I submit this declaration in support of ACC's Request to Withdraw Renewed Motion For Temporary Restraining Order and Preliminary Injunction.

4. On October 15, 2024 I had a telephone call with counsel for Defendant Bonta, Elizabeth Rumsey. On the call, I stated that ACC planned to seek the Court's leave to withdraw its renewed motion for preliminary injunction and temporary restraining order. I asked whether

1

Bonta would oppose ACC's request to the Court.

5.   Ms. Rumsey stated that Bonta would not oppose ACC's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 17, 2024 in San Francisco, CA.

                                            Respectfully submitted,

                                            David Goldenberg