# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN CHEMISTRY COUNCIL, INC.,

*Plaintiff*,

v.

ROB BONTA, in his Official Capacity as Attorney General of California,

*Defendant*.

Case No. 1:24-cv-01533-APM

HON. AMIT P. MEHTA

## ORDER GRANTING MOTION TO DISMISS
## PURSUANT TO RULE 41(a)(2)

Upon consideration of the Plaintiff's Unopposed Motion to Dismiss Pursuant to Rule 41(a)(2) (the "Motion"), ECF No. 55, it is hereby:

**ORDERED**, that the Motion is GRANTED;

**ORDERED**, that the Parties' Settlement and Release Agreement is approved and incorporated herein;

**ORDERED**, that this case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs, fees, and expenses, if any; and it is further;

**ORDERED**, that this Court will retain jurisdiction of this case for the purpose of enforcing each of the terms of the approved Settlement and Release Agreement.

Date: January 21, 2026

_____
AMIT P. MEHTA
United States District Judge